# EXHIBIT 1

**MEASUR**Abilities, LLC

## Sandy Goldstein, PT, CDMS
## 8147 East Evans Road, Suite 8
## Scottsdale, AZ 85260
## Phone: 480-285-6212    Fax: 888-843-0625

April 13, 2019

Clayton Richards
Ober Pekos Ronstadt
3030 North 3rd Street
Suite 1230
Phoenix, Arizona 85012

RE:        Carlotta Ruble
DOB:       05/30/1965

Dear Attorney Richards:

At your request, I have taken the opportunity to review a Medical Documentation Review report authored by Howard Grattan, M.D. on 12/20/2018.

Based on a review of medical records reviewed **ONLY**, Dr. Grattan opined that Ms. Ruble can do the following:

**FUNCTIONAL ABILITIES PER DR. GRATTAN:**
- Lift or carry 35 pounds occasionally--up to 1/3 of the day
- Lift or carry 20 pounds frequently—up to 2/3 of the day
- Push or pull 50 pounds occasionally--up to 1/3 of the day
- Push or pull 25 pounds frequently--1/3 up to 2/3 of the day
- Sit without restriction.
- Walk and stand for 40 minutes continually up to 6 hours out of an 8-hour day.
- Twist at the trunk, bend at the waist, kneel, crouch, squat, and climb stairs frequently—up to 2/3 of the day.
- Occasionally--climb ladders or poles, working at heights, or operate heavy machinery.
- Occasionally--up to 1/3 of the day crawl or balance.
- Occasionally--up to 1/3 of the day reach below the waist.
- No restrictions with reaching at waist level.
- Unrestricted fingering, handling, feeling, and grasping.

Dr. Grattan makes several comments in his report that suggest he believes that since there were no documented neurological findings in the medical records that he reviewed, Ms. Ruble could then sustain a full-time capacity job within the above rated abilities. It is as if Dr. Grattan believes that the only medical condition that could cause valid work impairments are neurologically based.

Of course, this is a fallacious correlation. There is no if/then relationship between lack of neurological deficits and the ability to work.

1

**MEASUR Abilities, LLC**

On page 8 (question 9) of Dr. Gratton's report he states the following:

"Although the claimant's function is below a sedentary category the claimant's physical findings throughout the documentation must also be considered and **given the lack of any significant neurological deficits such as loss of strength, change in sensation, or any recent gait abnormalities** it is unclear why the claimant could not at least function with restrictions given the lack of neurological deficit or any gait abnormality."

**Again, Dr. Grattan's correlation is absurd and simply untrue.**

On 09/05/2018, Ms. Ruble participated in a comprehensive Functional Capacity Evaluation with this evaluator. At that time, Ms. Ruble demonstrated severe gait deviations including the following:

- Impaired aptitude (speed and quality of movement) for agility and dynamic movement balance.
- Impaired gait velocity and quality; measured .60 m/s (at risk of falls).



**Figure 1** - A collection of walking speed times that are linked to dependence, hospitalization, rehabilitation needs, discharge locations, and ambulation category. Abbreviations: ADL's (Activities of Daily Living); IADL's (Instrumental ADL's); D/C (discharged); WS (Walking Speed); mph (miles per hour); sec (seconds).

**MEASUR*Abilities*, LLC**

The above figure is taken from Cesari M, Nicklas BJ, Tylavsky FA, Bauer DC, and Harris TB (2005): Prognostic Value of Usual Gait Speed in Well-Functioning Older People – Results from the Health, Aging and Body Composition Study. JAGS 53:1675-1680; and Bohannon RW (1997). Comfortable and maximal walking speed of adults aged 20-79 years: reference values and determinants. Age and Ageing; 26: 15-19.

As the chart shows, Ms. Ruble's gait velocity and quality fall within predictive ranges that suggest she is prone to dependence in performance of ADL's and IADL's, needs interventions to reduce the risk of falling, is more likely to be hospitalized and that she is a limited community ambulator.

Dr. Gratton goes on to state that there is limited clinical data to support Ms. Ruble's limitations. Yet the following objective data was gleaned from the 3-hour Functional Capacity Evaluation that was performed on 09/05/2018.

**KEY OBJECTIVE DATA FROM NEUROMUSCULOSKELETAL EVALUATION:**
- Severely impaired sitting tolerance; demonstrated the ability to sit without interruption for no more than 15 minutes at a time. Pain increased in character or intensity in a manner that is justified by diagnosis or clinical exam.
- Severely impaired standing tolerance; demonstrated the ability to stand without interruption for no more than 15 minutes at a time. Pain increased in character or intensity in a manner that is justified by diagnosis or clinical exam.
- Severely impaired bilateral lumbosacral spine trunk rotation range of motion; stands and rotates torso 30° to < 60° without loss of balance (NORMAL = stands with feet together and rotates hips ~45° while upper torso (shoulders) rotates 90° or more with respect to the feet).
- Severely impaired lumbosacral flexion; unable to actively bend and touch opposite knee (NORMAL = touch floor in front of opposite foot). Demonstrated Modified Gower's sign with this movement, i.e., pushes and supports trunk with hand on thigh while attempting to bend at the waist.
- Severely impaired ability to balance on either leg; stands on one leg for <5sec. (NORMAL = stands on one leg for 15 sec without moving the support foot).
- Severely impaired ability to stand and maintain back of foot or toe off the ground with the either lower extremity; unable; (NORMAL = maintains back of heel/foot or toes 5cm (2") or more above the ground while marching in place with feet even without difficulty such as loss of balance).
- Severely impaired ability to climb up and over 8" step; requires major arm support to complete (NORMAL = step up and over with no arm support or unsteadiness).
- Severely impaired ability to kneel; kneels w/ major use of arm(s) for assist (NORMAL = kneels completely down without use of arms).
- Severely impaired ability to squat; squats with major arm use with knees flexed 60 to < 90° (NORMAL = squats without arm use with knees flexed to 120° or more).
- Severely impaired bilateral lower extremity functional range of motion, functional strength, coordination, and flexibility.

Dr. Gratton ignores the fact that she has and continues to treat for ongoing debility regarding the following:
- Failed Back Surgical Syndrome;

**MEASUR***Abilities,* **LLC**

- S/P Lumbar Spine L4-L5 Revision Decompression (DOS 01/2017);
- Spinal Stenosis;
- Lumbar Radiculopathy.

These conditions are causing severe pain, impaired range of motion, impaired gait quality and velocity, and severe limitations with positional tolerance, endurance, stamina, and activity tolerance. These limitations are all supported by her medical conditions, objective data and her treating providers.

Medical Record Reviews simply do not provide accurate information regarding an individual's function. Without the benefit of evaluating and observing Ms. Ruble as I did over a 3-hour period, decisions regarding her ability to work based on ONLY a review of the medical record are not based on any reasonable or reliable medical evidence.

Dr. Grattan's listed functional abilities are a complete fabrication and are not based on any reasonable or objective criteria. Ms. Ruble is simply not able to function at the levels speculated at by Dr. Grattan.

The valid Functional Capacity Evaluation I administered, measures and conclusively proves what work tasks Ms. Ruble is functionally able and not able to do.

Moreover, as documented, based on a review of the medical records, it is my opinion to a reasonable degree of medical probability that the results of the FCE and the work limitations identified in the FCE report are an accurate description of how Ms. Ruble was functioning since going off work in 01/2017.

**STATEMENT REGARDING CAUSALITY OF THE FOLLOWING FUNCTIONAL LIMITATIONS:**
It is my opinion, based on a reasonable degree of ergonomic and occupational health probability, that the following listed functional limitations are supported by Ms. Ruble's well documented health conditions as listed below.

**KEY MEDICAL CONDITIONS RELATED TO FUNCTIONAL LIMITATIONS:**
- Failed Back Surgical Syndrome;
- S/P Lumbar Spine L4-L5 Revision Decompression (DOS 01/2017);
- Spinal Stenosis;
- Lumbar Radiculopathy.

**OBJECTIVE FINDINGS AND FUNCTIONAL LIMITATIONS RELATED TO KEY MEDICAL CONDITIONS:**
1) Her overall work tolerance is severely impaired, i.e., she is unable to sustain a competitive work pace due to severe pain and an inability to maintain any prolonged postures or positions.

2) She experiences significant increased pain in her low back and right lower extremity with sitting for any length of time. Symptoms include spinal pain and neuropathic pain. Therefore, her work tolerance for using her hands or arms for dexterity related work tasks including upper extremity fingering, handling and reaching activities including keyboarding, mousing, working at a computer is limited to occasional, i.e., **she is limited to no more than 15 minutes at a time or no more than 2.5 hours total per 8-hour work day.**

3) Her sitting tolerance is limited to occasional. **She is only able to sit without interruption for up to 15-minutes at a time and no more than 2.5 hours total throughout an 8-hour work day.**

4

**MEASUR*Abilities,* LLC**

4) Her standing and walking tolerance are limited to occasional. **She is only able to stand or walk without interruption for 15-minutes at a time and no more than 2.5-hours COMBINED total throughout an 8-hour work day.**

5) She gave full effort during the FCE and demonstrated the ability to lift and carry 15 lbs. on an occasional basis, however, lifting and carrying caused an increase in her low back and neuropathic pain. She should not be expected to lift and carry more than seldom due to the damage it could cause to her spinal structures.

**CONCLUSION/SUMMARY:**
The FCE results from the 09/05/2018 evaluation were valid and accurately reflect Ms. Ruble's functional abilities. The results DO NOT support a return to her past work as a Member Services Representative or ANY other work including other types of SEDENTARY* work on a regular and consistent basis, due to significant functional limitations related to her failed surgical back syndrome as identified previously in the FCE report.

Her functional limitations are well supported by diagnostics and her longstanding treatment history by numerous treating providers. She continues to treat for her failed back syndrome and her condition has not improved.

The restrictions revealed during her 09/05/2018 FCE are permanent in nature. Her condition is not expected to improve.

Please do not hesitate to contact me if additional clarification is needed.

Sincerely,

*Sandy Goldstein, PT, CDMS*

Sandy Goldstein, PT, CDMS
AZ PT License #7411

5