Erin Rose Ronstadt, SBN 028362
Clayton W. Richards, SBN 029054
OBER PEKAS RONSTADT, PLLC
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745
(602) 761-4443 Fax
erin@oberpekas.com
clayton@oberpekas.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlotta Lee Ruble, | No. CV-19-04595-PHX-JJT |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |
| United Services Automobile Association Comprehensive Welfare Benefits Plan, an ERISA benefit plan; Liberty Life Assurance Company of Boston, a plan fiduciary; the Executive Vice President of People Services of the United Services Automobile Association, plan administrator; | |
| Defendants. | |

Plaintiff Carlotta Lee Ruble gives notice that she served on this date, by email and US Mail, Plaintiff's First Set of Non-Uniform Interrogatories and Plaintiff's First Requests for Production upon Defendant Liberty Life Assurance Company of Boston.

DATED this 15th day of January, 2020.

OBER PEKAS RONSTADT

By: *s/ Erin Rose Ronstadt*
      Erin Rose Ronstadt
      Clayton W. Richards

## CERTIFICATE OF SERVICE

I certify that on January 15, 2020 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, TX 75254
iwana@rademaekerslaw.com

*Attorney for Defendants*

*s/ Merry Martin*