**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Tel:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

Attorneys for Defendant

Erin Ronstadt, SBN 028362
Clayton W. Richards, SBN 029054
**OBER PEKAS RONSTADT, PLLC**
3030 N. 3rd Street, Suite 1230
Phoenix AZ 85012
Phone: (602) 277-1745
Fax: (602) 761-4443
erin@oprdisabilitylaw.com
clayton@oprdisabilitylaw.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Carlotta Lee Ruble,<br><br>                              Plaintiff,<br><br>v.<br><br>United Services Automobile Association Comprehensive Welfare Benefits Plan, an ERISA benefits plan; Liberty Life Assurance Company of Boston, a plan fiduciary; the Executive Vice President of People Services of the United Services Automobile Association, plan administrator,<br><br>                              Defendants. | Case No.  2:19-CV-04595-JJT<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Carlotta Lee Ruble ("Plaintiff") and Defendants, United Services Automobile Association Comprehensive Welfare Benefits Plan, Liberty Life Assurance Company of Boston, and the Executive Vice President, Chief Human Resources Officer

**1**

of the United Services Automobile Association[1] (collectively "Defendants") file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 23rd day of June 2020.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.


By:     /s/ Iwana Rademaekers
        Iwana Rademaekers
        Attorney for Defendants


- AND -


OBER PEKAS RONSTADT, PLLC


By:     /s/ Erin Ronstadt
        Erin Ronstadt
        Attorney for Plaintiff

---

[1]  Incorrectly named in the Complaint as "Executive Vice President of People Services of the United Services Automobile Association."

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June 2020, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Ronstadt, SBN 028362
Email:  erin@oberpekas.com

Clayton W. Richards, SBN 029054
email:  clayton@oberpekas.com

*Attorney for Plaintiff*


By:    /s/Sandy Acker
        Employee of the Law Offices of
        Iwana Rademaekers, P.C.