**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Carlotta Lee Ruble, | No. CV-19-04595-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| United Services Automobile Association Comprehensive Welfare Benefits Plan, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation of Dismissal with Prejudice (Doc. 27), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 27). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 24th day of June, 2020.

_____
Honorable John J. Tuchi
United States District Judge